UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

CATHERINE M. WILLIAMS,

        Plaintiff,

v.

CAROLYN W. COLVIN,
Commissioner of Social Security,

        Defendant.

No.    2:14-CV-213-FVS

JUDGMENT IN A
CIVIL CASE

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**.  The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 USC § 405(g), and Judgment is entered for Plaintiff.

DATED:  August 26, 2015

        SEAN F. McAVOY
        Clerk of Court

        By:  *s/Cora Vargas*
           Deputy Clerk

1 | JUDGMENT IN A CIVIL CASE